■ In the Matter of TRACY L. CARD, Appellant, v SAMUEL B. VAVONESE, as Administrator of the Estate of WILLIAM F. CARD, Deceased, Respondent. (Appeal No. 2.) [668 NYS2d 521] —Appeal

unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Reargument.) Present— Green, J. P., Lawton, Wisner, Callahan and Balio, JJ.